**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                  Plaintiff,

      - against -

MICHAEL PIZZUTI,
    a/k/a Michele Pizzuti,

              Defendant.

No. 7:24-cv-09228 (CS)

[PROPOSED] JUDGMENT

---

This matter comes before the Court on Plaintiff United States of America's Motion for Summary Judgment ("Motion"). This Court, having considered the Motion, all briefing in support of and any briefing in opposition to the Motion, all exhibits thereto, any oral argument upon the Motion, and for good cause shown:

HEREBY ORDERS that Plaintiff's Motion is GRANTED and awards judgment in this matter in favor of Plaintiff; and

HEREBY FURTHER ORDERS as follows:

The Court FINDS and DECLARES that that Defendant illegally procured his U.S. citizenship by concealment of a material fact and willful misrepresentation;

The order admitting Defendant to U.S. citizenship is hereby REVOKED and SET ASIDE; and Certificate of Naturalization No. 26724011 issued to Defendant is CANCELLED effective as of the original date of the order and certificate, July 24, 2002;

Defendant is forever RESTRAINED and ENJOINED from claiming any rights, privileges, benefits, or advantages of U.S. citizenship based on his July 24, 2002, naturalization;

Defendant, within ten days of entry of this Judgment, shall surrender and deliver his Certificate of Naturalization No. 26724011 and any copies thereof in his possession, and make

good faith efforts to recover and surrender any copies thereof that he knows are in the possession

of others, to the Acting Attorney General through his representative, counsel for Plaintiff in this action

located in New York, New York, and Washington, D.C;

Defendant, within ten days of entry of this Judgment, shall immediately surrender and

deliver any other indicia of U.S. citizenship (including, but not limited to, any U.S. passport or

passport card and any valid or expired enhanced driver's license) and any copies thereof in his

possession, and make good faith efforts to recover and then surrender any copies thereof that he

knows are in the possession of others, to the Acting Attorney General through his representative,

counsel for Plaintiff in this action located in New York, New York, and Washington, D.C.;

The Parties, including Defendant personally, shall appear in person for a compliance

hearing on April 22, 2026 at 2:30 pm in Courtroom 621, 300 Quarropas St., White Plains, ~~to be scheduled by the Court for a date no later than 30 days following entry of this~~

~~Judgment,~~ at which Defendant must demonstrate that he has complied with this Judgment, unless

the United States provides notice that Defendant has fully complied and this Judgment is

satisfied, in which case such hearing will be cancelled.

IT IS SO ORDERED.

Dated: _April 8, 2026_

_____Cathy Seibel_____
HON. CATHY SEIBEL
United States District Judge

2