UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                              Plaintiff,                    No. 24-CV-9228 (CS)

        - against -                              **ORDER ON APPLICATION FOR
                                                            STAY**

MICHAEL PIZZUTI, a/k/a MICHELE PIZZUTI,

                              Defendant.
-----------------------------------------------------------x

CATHY SEIBEL, United States District Judge:

        On December 3, 2024, the Government filed its Complaint against Defendant, seeking to

cancel Defendant's Certificate of Naturalization and revoke his citizenship pursuant to 8 U.S.C.

§ 1451.  (ECF No. 1.)  After Defendant failed to appear, the Government filed a motion for

summary judgment on October 27, 2025.  (ECF No. 12.)  On November 26, 2025, Defendant

appeared for the first time and filed a motion to dismiss the complaint under Federal Rule of

Civil Procedure 12(b)(5).  (ECF No. 19.)  The Court denied Defendant's motion to dismiss and

granted the Government's motion for summary judgment on April 8, 2026.  (ECF No. 29.)

Accordingly, the Court entered Judgment in favor of the Government.  (ECF No. 30.)  Defendant

appealed.  (ECF No. 31.)

        The Court set a compliance hearing for April 22, 2026, at which Defendant was to

demonstrate that he had complied with the Judgment.  (*See* ECF No. 30.)  On April 16, 2026,

Defendant applied for a stay of the execution of the judgment.  (ECF No. 32.)  On April 17,

2026, the Court issued an order stating that it would take up Defendant's application at the

already scheduled April 22 compliance hearing.  (ECF No. 33.)  Defendant also filed his motion

to stay with the U.S. Court of Appeals for the Second Circuit, which denied it without prejudice

to renewal pending my ruling on Defendant's application.  (*See* ECF No. 35.)

Defendant failed to appear at the compliance hearing on April 22, 2026.  Nevertheless, for the reasons set forth at that hearing, Defendant's motion to stay, (ECF No. 32), is DENIED. To give Defendant time to seek relief from the Second Circuit, the Court stays the enforcement of the Judgment, (ECF No. 30), through Monday, April 27, 2026, insofar as it orders, finds, declares that:  (1) Defendant illegally procured and procured his U.S. citizenship by concealment of a material fact and willful misrepresentation; (2) the order admitting Defendant to U.S. citizenship is REVOKED and SET ASIDE; (3) Certificate of Naturalization No. 26724011 issued to Defendant is CANCELLED effective as of the original date of the order and certificate, July 24, 2002; and (4) Defendant is forever RESTRAINED and ENJOINED from claiming any rights, privileges, benefits, or advantages of U.S. citizenship based on his July 24, 2002, naturalization.

The remaining obligations of Defendant set forth in the Judgment remain in effect.

The Parties, including Defendant personally, shall appear in person for a compliance hearing on May 5, 2026, at 2:00 p.m. in Courtroom 621, 300 Quarropas Street White Plains, at which Defendant must demonstrate that he has complied with the Judgment, unless the United States provides notice that Defendant has fully complied and the Judgment is satisfied, in which case such hearing will be cancelled.

**SO ORDERED.**

Dated:  April 24, 2026
　　　　White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.

2