

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 4, 2026

**VIA ECF**
Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:    *United States of America v. Michael Pizzuti*, 24 Civ. 9228 (CS)

Dear Judge Seibel:

Undersigned counsel represent Plaintiff United States of America ("Plaintiff") in the above-referenced matter. On April 24, 2026, the Court directed the Parties to appear in person for a compliance hearing on May 5, 2026, at 2:00 p.m., at which Defendant would be directed to demonstrate that he has complied with the Judgment.  For the reasons set forth below, Plaintiff respectfully requests a 14-day continuance of the compliance hearing, to May 19, 2026, or a date convenient for the Court.

As Plaintiff noted at the prior compliance and motion hearing on April 22, 2026, Defendant on April 20, 2026, mailed a parcel to counsel for Plaintiff in Washington D.C. and informed Plaintiff that the parcel contained the citizenship documents that Defendant had been ordered to surrender.[1] But on April 21, 2026, Plaintiff's mailroom rejected the parcel, likely because the parcel was addressed to counsel for Plaintiff by name without including the U.S. Department of Justice as the organization to receive the package. UPS is returning that parcel to Defendant, but it remains in transit and may be subject to a hold.[2] UPS has informed Plaintiff that it will deal only with Defendant, as the parcel sender, in initiating an inquiry to facilitate its return to him.[3]

On April 24, 2026, Plaintiff provided Defendant with a pre-paid mailing label for Defendant to use to send his citizenship documents to the U.S. Attorney's Office in New York. However, Defendant cannot use that label until UPS returns his citizenship documents to him (assuming Defendant sent those documents to Plaintiff in his April 20 mailing).

For this reason, Plaintiff asks the Court to direct Defendant to contact UPS within three days to initiate an inquiry to facilitate the return to him of the parcel that he claims contains his citizenship documents. Plaintiff also asks the Court to adjourn the hearing currently scheduled for May 5, 2026.  By adjourning the compliance hearing and permitting Defendant to take steps in the meantime to retrieve his package and to send his citizenship documents to the U.S. Attorney's Office, the Court would be conserving judicial resources as well as the time and resources of the Parties.

---

[1] The UPS tracking number for the parcel sent to counsel for Plaintiff is 1Z3WA5031330056041.

[2] The UPS tracking number for the parcel being returned to Defendant is 1Z3WA5031230056043.

[3] UPS's customer-service telephone number to initiate a shipping inquiry is (800) 742-5877.

Plaintiff thanks the Court for its consideration of this request.

Dated: May 4, 2026                          Respectfully submitted,

JAY CLAYTON                                 BRETT A. SHUMATE
United States Attorney for the              Assistant Attorney General
Southern District of New York               U.S. Department of Justice
                                            Civil Division
/s/ Brandon M. Waterman
BRANDON M. WATERMAN                         JENNIFER J. KEENEY
Assistant United States Attorney            Associate Director
86 Chambers Street, 3rd Floor               Office of Immigration Litigation
New York, New York 10007
Telephone: 212-637-2743                     JOHN J.W. INKLES
Email: brandon.waterman@usdoj.gov           Chief
                                            Affirmative Litigation Unit

                                            /s/ Hans H. Chen
                                            HANS H. CHEN
                                            Deputy Chief
                                            U.S. Department of Justice
                                            Civil Division
                                            Office of Immigration Litigation
                                            Denaturalization Unit
                                            P.O. Box 878
                                            Washington, D.C. 20044
                                            Telephone: 202-305-0190
                                            Email: hans.h.chen@usdoj.gov

                                            *Attorneys for Plaintiff United States of America*

cc: Michael Pizzuti (via Fedex and email)
267 Dante Avenue
Tuckahoe, NY 10707
Mpizzuti312@outlook.com

Walter P. Clark III, Courtroom Deputy (via email)

The compliance hearing set for May 5, 2026 at 2:00 p.m. is adjourned until May 20, 2026 at 10:45 a.m. Defendant is ordered to contact UPS within three days (no later than May 7, 2026) to initiate an inquiry to facilitate the return of the package containing his citizenship documents to him, so that he may resend them to counsel for Plaintiff.

SO ORDERED.                                 5/4/2026

*[signature: Cathy Seibel]*

CATHY SEIBEL, U.S.D.J.

2